# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Colorado__

UNITED STATES OF AMERICA
V.

Daniel C. Riedel

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: __09-mj-01009-CBS__

CHARGING DISTRICTS
CASE NUMBER: __08-00327-CG__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __Alabama__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __113 St. Joseph St.,__
*Place and Address*
__Mobile, AL 36602__
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
__113 St. Joseph St,__ on __Feb. 11, 2009  2:00pm__
__Mobile, AL 36602__           *Date and Time*

*Signature of Judge*

__February 2, 2009__
*Date*

__Boyd N. Boland    U.S. Magistrate Judge__
*Name of Judge*       *Title of Judge*